**DECLARATION OF NIEVES ARAGON**

NIEVES ARAGON declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.    My name is Nieves Aragon.

2.    I am 32 years old and live in Brighton, Colorado.

3.    I am a single mother of one child. My son is five years old.

4.    I work part time for an advocacy organization. I just finished school, and I am trying to find a full-time job. I earn approximately $1300 a month after taxes. I do not have any other sources of income.

5.    My son and I have received Supplemental Nutrition Assistance Program ("SNAP") benefits for approximately five years.

6.    I have Type 1 diabetes. I was diagnosed when I was three years old.

7.    After I was diagnosed, medical staff educated me about things like carbs and different kinds of sugar so that I could better manage my health.

8.    I often use juice boxes and small cans of soda to manage my blood sugar. I have figured out over the years that the quickest and most reliable way to get my blood sugar up is to drink a small sugary beverage. Eating snacks or candy does not work as well for me.

9.    My job requires me to be on my feet for long periods of time. I often have to visit the state capitol and move around the building throughout the day.

10.    I carry small sugary beverages with me in a lunch box to make sure I can keep my blood sugar at the right level while I am working.

1

11.     The Colorado food restriction waiver limits my ability to buy the beverages I need to manage my diabetes.

12.     Under the waiver, I am not able to use SNAP to buy many of the beverages I use to manage my blood sugar.

13.     I have to spend other household funds on the beverages I need. To afford to do this going forward, I will have to spend less money on gas for my car and extracurricular activities for my son.

14.     I was never given any opportunity to tell USDA how Colorado's waiver will impact my family and my community. I would have told USDA that lots of people have reasons that they need to drink sugary drinks. Banning certain foods is not a good solution. I worry that the people making decisions about SNAP policy do not understand this. I would also have told USDA that I am concerned that elders in my community, many of whom also have diabetes like me, will not be able to manage their health under the waiver.


Dated:  March 9     , 2026
        Brighton, Colorado

        _____Nieves Aragon_____
        Nieves Aragon

2