## DECLARATION OF MARC CRAIG

MARC CRAIG declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.     My name is Marc Craig.

2.     I am 47 years old and live in Des Moines, Iowa.

3.     I have been receiving Supplemental Nutrition Assistance Program ("SNAP") benefits since October 2024.

4.     I drive for Uber Eats to earn money. The amount I can earn varies, but I usually earn between $500 and $600 a month. I use the money to pay for gas for my car, pay back a loan I took out, to pay for my car insurance, to pay my housing costs, and pay for my cell phone that is required for work.

5.     Until recently, I was homeless and sleeping in my car. My lease started on February 1. My rent is temporarily being subsidized by the Rapid Rehousing Program at Primary Healthcare Intake. I do not have to pay rent for the first 90 days I live in my apartment. For the following 90 days, I will. have to pay 25% of the rent. For the 90 days after that, I will have to pay 75% of the rent, and then 100% of the rent for the 90 days after that.

6.     My utilities are also temporarily being subsidized by the Rapid Rehousing Program at Primary Healthcare Intake. The program pays a lump sum of my utilities over the life of the 9 month program. As of today, I have $1215.00 of that lump sum remaining. Once that lump sum is spent, I will be responsible for paying my utilities.

7.     I am required by both Rapid Rehousing Program at Primary Healthcare Intake and my landlord to have renter's insurance. My renter's insurance is not subsidized.

1

8. The money I earn from Uber Eats is not enough to pay even 25% of my rent plus my other essential expenses. I am looking for another job so that I will be able to afford my bills and stay in my new apartment.

9. I have diabetes and chronic kidney failure.

10. These health conditions required that I am careful about what I eat.

11. I am supposed to eat very little sugar and sodium to manage my health conditions, but it is hard for me to keep to those rules. The food I can get at food pantries is often processed and high in sodium.

12. When I was homeless, I didn't have access to a kitchen. I could only eat foods that did not need to be cooked.

13. I often parked my car outside of a truck stop at night. Most businesses did not let me stay in my car overnight in their parking lots. This truck stop let me sleep in my car in the parking lot. When I slept in the truck stop parking lot, I always tried to buy something because I was afraid the staff would make me leave if I didn't.

14. Convenience foods that I could eat without access to a kitchen are often high in sugar and sodium.

15. Even now that I am living in an apartment with a kitchen, I am eating a lot of the same convenience foods I ate while I was homeless, as well as easy to prepare foods like lunch meat.

16. Because I was so recently homeless, I am still working on setting up my kitchen. I still don't have a crockpot, which I would use to cook healthy meals while I am out of the house working.

2

17. My SNAP benefits are not enough to buy enough for me to eat each day and stock up on staples like grains so that I can cook more meals.

18. I have been trying to go to food pantries to get staple groceries, but driving to food pantries uses up time and gas that I could be using to drive for Uber Eats or look for a more stable job.

19. I am finding Iowa's food restriction waiver extremely complicated to navigate. It is my understanding that under the waiver, some foods can be purchased with SNAP in certain locations but not in others, and some foods can be purchased with SNAP only if they do not come with items like dressings and eating utensils.

20. For example, I have used SNAP benefits to buy a roast beef sub at Wal-Mart, but I cannot use SNAP to buy a roast beef sandwich at the truck stop where I used to sleep.

21. Since the waiver went into effect, I have tried to buy salads from the truck stop and Hy-Vee. When I tried to buy a salad at the truck stop, I was not able to pay for it with my SNAP benefits. My recollection is that the salad included dressing and a fork.

22. I have been able to use my SNAP benefits to buy a salad at Hy-Vee, even though sometimes those salads include dressing or a fork.

23. It is my understanding that there are certain foods like sandwiches and salads that are restricted based on whether they are packaged on site, whether the store has a microwave, and whether the store has a seating area.

24. Most of the foods I can use SNAP to buy at the truck stop where I used to sleep are either not healthy or very expensive. They are foods like ice cream and candy bars, or high-priced prepared fruit. Before the waiver went into effect, I could use SNAP to buy salads and sandwiches at the truck stop.

3

25.     Since the food restrictions have gone into effect, they have had the impact of making me eat a *less* healthy diet than I was before.

26.     I have to eat more high sugar, high sodium convenience foods because under the waiver I can only buy foods like sandwiches and salads at a limited number of stores, and I cannot not afford to waste gas driving to multiple stores.

27.     When I shop for food, I have to read the ingredient list on everything I buy to try to figure out if I can use SNAP to buy it. I still sometimes get to the register only to be told I cannot use SNAP to buy everything I have selected.

28.     I buy the same foods over and over because the waiver is so confusing. I cannot eat a more varied diet because I know for sure that I can buy foods like lunch meat and convenience foods with SNAP at any store that sells it.

29.     Even before the food restrictions went into effect, I was only eating once a day. If I spend more than $9.66 a day on food, my SNAP benefits will not last the entire month.

30.     When I go to the store, I use the calculator on my phone to keep track of exactly how much I am spending and how many meals I can get out of what I am buying. If I do not do this, I run out of SNAP before the month is over, and I have no other money to spend on food.

31.     While I was homeless, I was chronically dehydrated. I was not drinking enough fluid because I worried about having regular access to a bathroom. Proper hydration is important for managing my kidney disease.

32.     Since I moved into my apartment, I have been buying Gatorade or Pedialyte to slowly improve my hydration.

4

33.     Under the waiver, I cannot use SNAP to buy Gatorade or Pedialyte, so I have to spend money that I could be using for gas, car insurance, paying back a loan, or getting my apartment set up.

34.     I am currently managing my diabetes and kidney issues with medication, but I worry that this will not work long term. I am concerned that my health will go downhill if I am not able to improve my diet.

35.     My kidney function got worse from November 2025 to February 2026. During this period, I was homeless and the waiver went into effect.

36.     I was never given any opportunity to tell USDA how Iowa's waiver will impact me. I sent multiple emails to all 150 Iowa state legislators, my Congressperson, my Senators, the governor of Iowa, and the mayor of Des Moines to explain to them that these food restrictions are a bad idea, and to alert them to the impact the restrictions would have on people. If given the chance, I would have told USDA that these food restrictions were going to make it hard for low income people to eat, that the restrictions are very confusing, and that the food restrictions are a war on convenience for poor people, not a war on obesity.

Dated: __3/5__, 2026
Des Moines, Iowa

_____
MARC CRAIG