## DECLARATION OF NATHAN FLEMING

Nathan Fleming declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      My name is Nathan Fleming.

2.      I am 28 years old and live in Lincoln, Nebraska.

3.      I am completely disabled and unable to work.

4.      I receive $407 in Supplemental Security Income ("SSI") and $607 in Social Security Disability Income ("SSDI"). Because of my disabilities and health conditions, I have no other source of income. The money I receive from SSI and SSDI is not enough to pay all of my bills and buy essential groceries.

5.      I have received SNAP since September 2021.

6.      I have a chronic spine condition and chronic insomnia. I am also allergic to most plants and plant products, including when they are used as ingredients in foods and beverages.

7.      If I eat or drink a plant or plant product that I am allergic to, I experience minor anaphylaxis. If I were to continue consuming the food or drink, I would be at risk of full anaphylaxis. My throat would close up and I could die.

8.      Because of my chronic insomnia, I have to consume caffeine throughout the day to stay awake. If I don't consume caffeine, I can't stay awake for the appointments I have to go to to manage my health.

9.      I am allergic to both coffee and tea.

10.     I work with a dietician to manage my weight and health conditions. She has provided me with a list of caffeine sources that will help me stay awake when I need to, will not trigger my allergies, and meet my other dietary and health goals.

1

11.     All of the caffeine sources that my dietician recommends for me are low or no sugar energy drinks.

12.     The Nebraska food restriction waiver limits my ability to buy the beverages I need to manage my health. The food restriction waiver bans all energy drinks.

13.     Because of my allergies, I cannot consume alternative sources of caffeine like tea and coffee.

14.     I cannot afford to buy the energy drinks recommended by my dietician without using SNAP to pay for them.

15.     Since the food restriction waiver went into effect on January 1, 2026, I have been taking money out of my gas budget to be able to buy the energy drinks I need.

16.     I need money for gas to drive to my appointments to manage my disabilities and health conditions.

17.     Since the food restriction waiver went into effect on January 1, 2026, it has become more difficult for me to afford to go to my medical appointments and to afford the beverages recommended by my medical provider.

18.     I was never given any opportunity to tell USDA how Nebraska's food restriction waiver will impact me. I would have told USDA that I need energy drinks to manage my health, and that I cannot afford them without using SNAP.

Dated: _3/5/)_____, 2026
        Lincoln, Nebraska

_____
NATHAN FLEMING

2