**DECLARATION OF AMANDA JOHNSON**

AMANDA JOHNSON declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      My name is Amanda Johnson.

2.      I am 41 years old and live in Knoxville, Tennessee.

3.      I am a single mother of one daughter. My daughter, Olivia Johnson, is 19 years old and requires around-the-clock care.

4.      I have a conservatorship over my daughter.

5.      My daughter receives $994 in Supplemental Security Income ("SSI"). We have no other source of income.

6.      My household has received SNAP for fifteen years.

7.      My daughter has autism, obsessive compulsive disorder, and avoidant/restrictive food intake disorder (ARFID). She also has an intellectual disability that includes having a low IQ and causes impairments in her ability to complete physical and mental tasks.

8.      Because I care for my daughter full time, I am not able to work. Tennessee does not pay caretakers who care for their own family, so I have no source of income to support myself and my daughter other than her SSI.

9.      ARFID causes my daughter to only be able to eat a few "safe" foods. If she cannot access her safe foods, she is not able to eat. The only alternative to feeding my daughter her safe foods is providing nutrition through a feeding tube.

10.     Currently, my daughter's safe foods are On-Cor Chicken Nibblers, Ore-Ida Extra Crispy Fast Food Fries, Pop Tarts- Frosted Hot Fudge Sundae, Welch's Fruit Snacks- Berries 'n

1

Cherries, Mott's Fruit Snacks- Assorted Fruit, and M&Ms. Her safe beverages are Hawaiian Punch- Lemon Berry Squeeze, Welch's Fruit Punch, and Kroger brand bottled water.

11. In 2023, my daughter tried feeding therapy for eight months to try to expand the specific foods she can eat. The feeding therapy did not expand the number of foods my daughter can eat, and she was discharged from the therapy because she was not making any progress..

12. My daughter takes a multivitamin, but her only other source of nutrition is her safe foods.

13. My daughter's doctors have advised me to feed her whatever specific foods she is able to eat.

14. The Tennessee food restriction waiver will limit my ability to buy the food my daughter needs. Most of my daughter's safe foods are restricted under the waivers.

15. It is my understanding that I will only be able to purchase two of my daughter's safe foods—specifically On-Cor Chicken Nibblers, Ore-Ida Extra Crispy Fast Food Fries—with SNAP once the food restriction waiver goes into effect. Most of her current safe foods have sugar or another sweetener listed as the first ingredient and are therefore restricted under Tennessee's waiver.

16. My daughter is still in school and she qualifies for free breakfast and lunch, but she can't eat the free meals at school because they are not made up of her safe foods. I have to buy food for all of her meals, even those eaten during school days.

17. I don't know how I will manage to feed my daughter once the waiver goes into effect.

18.    SNAP is the only money we have to buy groceries. We barely have enough money to pay all of our essential expenses, and the cost of things like our rent, medications, and car insurance are already going up.

19.    If I cannot use SNAP to buy my daughter's food, I will have to run up a credit card balance, sell some of my possession on eBay, or not to pay one of our bills. I do not know if any of this will be enough to make up for not being able to spend SNAP on my daughter's foods.

20.    The last time we lost access to SNAP, during the government shutdown in November 2025, I drastically cut back on how much I was eating in order to keep my daughter fed.

21.    I was never given any opportunity to tell USDA how Tennessee's waiver will impact my family. If I had the option, I would have sent in a letter or a written comment to tell USDA that I would not be able to feed my daughter if these food restrictions go into effect.

Dated: _March 3_, 2026
Knoxville, Tennessee

_Amanda Johnson_
Amanda Johnson