## DECLARATION OF SARAH STARKS, a/k/a HUNTER STARKS

Sarah Starks, also known as Hunter Starks declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.    My legal name is Sarah Starks.

2.    I am generally known as Hunter Starks.

3.    I am 32 years old and live in Charleston, West Virginia.

4.    I am a single parent of one nine-year-old daughter.

5.    I work part time and go to school full time. I earn approximately $800 every two weeks from my part-time job.

6.    My wages from my part-time job are my only source of income, and the only money my daughter and I have to live on.

7.    I have received Supplemental Nutrition Assistance Program ("SNAP") benefits on and off since my daughter was born.

8.    I am going to school to get a master's degree. I take online classes on the days when I don't work.

9.    I work three days a week. My shifts are eight hours long. I usually work daytime shifts, but occasionally work an extra shift at night.

10.    I do course work in between classes, my job, and caring for my daughter. I usually do some course work every day.

11.    Between school, work, and raising my daughter, I am very busy.

12.    I try not to drink more than one cup of coffee in the morning every day, but sometimes I need an additional energy source partway through the day.

1

13.    Before the West Virginia waiver went into effect, I sometimes drank soda if I was dragging in the afternoon. I drank soda because it gave me energy, but has less caffeine than coffee.

14.    Since the waiver went into effect, I haven't been able to buy soda. This impacts my ability to focus on work and school.

15.    I don't have extra funds to buy soda without my SNAP benefits.

16.    Soon after the waiver went into effect, I tried to buy Propel flavored water at the grocery store. I was told that I could not use SNAP to buy the flavored water under the waiver.

17.    It is my understanding that this is incorrect, and that I should be able to buy Propel flavored water under the waiver.

18.    I was never given any opportunity to tell USDA how West Virginia's waiver will impact me and my community. I would have told USDA that it's not appropriate for the government to tell people what they can and can't buy, and that what people eat and drink is a personal choice. I would have told USDA that if they are worried about health outcomes, there are things they can do other than punishing poor people.

19.    I would also have told USDA that I worry that these food restrictions are a step towards making SNAP like the Special Supplemental Nutrition Program for Women, Infants, and Children ("WIC"). WIC is much more restrictive than SNAP, and only lets you buy specific products.

20.    I was on WIC when my daughter was younger, and I could not shop at Aldi, the cheapest grocery store local to me, because Aldi does not stock the WIC-approved brands.

Dated: ___March 9th___, 2026
Charleston, West Virginia

_____
[NAME]