| BATES# | DESCRIPTION |
|---|---|
| *Aragon, et al. v. Rollins, et al.*<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** | |
| **GOV000001-GOV000099** | **1. State Waiver Requests and Approval Letters** |
| **GOV000002-GOV000024** | • **Colorado** |
| GOV000003-GOV000014 | o CO Waiver Request |
| GOV000015-GOV000022 | o CO Waiver Approval Letter |
| GOV000023-GOV000024 | o CO Waiver Modification Approval Letter |
| **GOV000025-GOV000048** | • **Iowa** |
| GOV000026-GOV000030 | o IA Waiver Request |
| GOV000031-GOV000039 | o IA Waiver Approval Letter |
| GOV000040-GOV000048 | o IA Waiver Modification Approval Letter |
| **GOV000049-GOV000061** | • **Nebraska** |
| GOV000050-GOV000053 | o NE Waiver Request |
| GOV000054-GOV000061 | o NE Waiver Approval Letter |
| **GOV000062-GOV000076** | • **Tennessee** |
| GOV000063-GOV000068 | o TN Waiver Request |
| GOV000069-GOV000076 | o TN Waiver Approval Letter |
| **GOV000077-GOV000099** | • **West Virginia** |
| GOV000078-GOV000091 | o WV Waiver Request |
| GOV000092-GOV000099 | o WV Waiver Approval Letter |
| **GOV000100-GOV000180** | **2. State Plans** |
| **GOV000101-GOV000114** | • **Colorado Plans** |
| GOV000102-GOV000103 | o CO Healthy Choice Waiver - Participant Communication Plan |
| GOV000104-GOV000106 | o CO Healthy Choice Waiver - Retailer Communication Plan |
| GOV000107-GOV000108 | o CO Healthy Choice Retailer Monitoring and Compliance Plan |
| GOV000109-GOV000110 | o CO SNAP Healthy Choice Waiver Evaluation |
| GOV000111-GOV000114 | o CO SNAP Waiver Survey (11.17.25 Draft) |
| **GOV000115-GOV000121** | • **Iowa Plans** |
| GOV000116-GOV000117 | o IA SNAP Waiver - Retailer and Household Communications |
| GOV000118 | o IA SNAP Healthy Food Waiver - Compliance Plan (12.16.25 Draft) |
| GOV000119-GOV000122 | o IA HHS SNAP Waiver - Evaluation Plan (12.16.25 Draft) |

| *Aragon, et al. v. Rollins, et al.*<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** | |
|---|---|
| **BATES#** | **DESCRIPTION** |
| **GOV000122-GOV000158** | • **Nebraska Plans** |
| GOV000123-GOV000125 | ○ NE Healthy SNAP Communications Plan - Participants (11.2025 Updates) |
| GOV000126-GOV000128 | ○ NE Healthy SNAP Communications Plan - Retailers (11.2025 Updates) |
| GOV000129-GOV000131 | ○ NE Healthy SNAP Retailer Monitoring Plan (11.2025) |
| GOV000132-GOV000135 | ○ NE Healthy SNAP Evaluation Plan (11.2025 Draft) |
| GOV000136-GOV000158 | ○ NE DHHS Evaluation Plan (11.24.25) |
| **GOV000159-GOV000166** | • **Tennessee Plans** |
| GOV000160-GOV000164 | ○ TN Healthy SNAP Communication Plan (3.5.26 Draft) |
| GOV000165 | ○ TN Monitoring and Enforcement Plan |
| GOV000166 | ○ TN Demonstration Project Evaluation Plan |
| **GOV000167-GOV000180** | • **West Virginia Plans** |
| GOV000168-GOV000170 | ○ WV SNAP Healthy Choices Waiver - Client Communications Plan (11.2025 Changes) |
| GOV000171-GOV000174 | ○ WV SNAP Healthy Choices Waiver - Retailer Communications Plan (Updated 11.2025) |
| GOV000175-GOV000177 | ○ WV SNAP Healthy Choices Waiver - Monitoring Plan (11.2025) |
| GOV000178-GOV000180 | ○ WV SNAP Healthy Choices Waiver - Evaluation Plan (11.2025) |
| **GOV000181-GOV000194** | **3. SNAP Food Restriction Waivers Documentation** |
| GOV000182-GOV000187 | • FNS SNAP Memorandum re: Clarifications on Food Restriction Waiver and Retailer Compliance (12.30.25) |
| GOV000188-GOV000192 | • Email and Informational Memorandum re: SNAP Food Restriction Waivers and General Notice Rule (1.2.26, 12.30.25) |
| GOV000193-GOV000194 | • Message from Secretary Rollins to State, Tribal, Territory, and Local Government Partners (2.13.25) |
| **GOV000195-GOV000252** | **4. Legal Authorities** |
| GOV000196-GOV000221 | • 7 CFR § 271 (General Information and Definitions) |
| GOV000222-GOV000223 | • 7 CFR § 282 (Demonstration, Research, and Evaluation Projects) |
| GOV000224-GOV000233 | • Food and Nutrition Act § 3 (Definitions, 7 U.S.C. § 2012) |
| GOV000234-GOV000252 | • Food and Nutrition Act § 17 (Research, demonstration, and evaluations, 7 U.S.C. § 2026) |

| | |
|---|---|
| *Aragon, et al. v. Rollins, et al.*<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** | |
| **BATES#** | **DESCRIPTION** |
| **GOV000253-GOV000287** | **5. Press Releases** |
| GOV000254-GOV000266 | • RFK Jr.: Kids deserve healthy food. Our policies will help \| Opinion (4.8.25) |
| GOV000267-GOV000269 | • Secretary Rollins Approves First Ever State Waiver to Restrict Soda and Energy Drinks from Food Stamps in Nebraska (5.19.25) |
| GOV000270-GOV000271 | • Secretary Rollins Applauds President Trump's Leadership to Make America Healthy Again (5.22.25) |
| GOV000272-GOV000274 | • Secretary Rollins Approves State Waivers to Make America Healthy Again by Removing Unhealthy Foods from SNAP in Indiana and Iowa (5.23.25) |
| GOV000275-GOV000277 | • Secretary Rollins Signs State Waivers to Make America Healthy Again by Removing Unhealthy Foods from SNAP in Arkansas, Idaho, and Utah in Addition to Indiana, Iowa, and Nebraska (6.10.25) |
| GOV000278-GOV000281 | • During the Great American Farmers Market, Secretary Rollins Removes Unhealthy Food from SNAP (8.4.25) |
| GOV000282-GOV000284 | • ICYMI: Secretary Rollins Pens Op-ed in The Hill "The Trump administration is partnering with governors to Make America Healthy Again" (12.15.25) |
| GOV000285-GOV000287 | • USDA Announces New Partnerships to Advance MAHA Agenda (3.4.26) |
| **GOV000288-GOV000495** | **6. Studies** |
| GOV000289-GOV000296 | • Adult Obesity Prevalence Maps \| Obesity \| CDC |
| GOV000297-GOV000307 | • AHR - Summary of Soda Consumption - Youth in WV |
| GOV000308-GOV000319 | • CARDIAC Project Review |
| GOV000320-GOV000321 | • Childhood Obesity Facts \| Obesity \| CDC |
| GOV000322-GOV000339 | • Economic Costs of Diabetes in the U.S. in 2022 |
| GOV000340-GOV000351 | • Ending SNAP Subsidies for Sugar-Sweetened Beverages |
| GOV000352-GOV000356 | • Fast Facts \| Sugar-Sweetened Beverage Consumption \| Nutrition \| CDC |
| GOV000357-GOV000363 | • Federal Advocacy \| ADA Urges Congress to Make Diabetes a Priority |
| GOV000364-GOV000367 | • Food Stamps and Obesity \| Downsizing the Federal Government |
| GOV000368-GOV000369 | • Obesity Fact Sheet |
| GOV000370-GOV000379 | • Relationship Between Obesity and Participation in the SNAP |

| BATES# | DESCRIPTION |
|---|---|
| ***Aragon, et al. v. Rollins, et al.***<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** ||
| GOV000380-GOV000495 | • The State of Obesity Sept 2024 Report |
| **GOV000496-GOV000787** | **7. Technical Assistance to States** |
| **GOV000497-GOV000514** | • **Colorado Technical Assistance to States Documents** |
| GOV000498 | o Excel File Slipsheet - (REDACTED) CO Food Restrictions - Authorized Stores (as of 5.29.25) |
| GOV000499-GOV000502 | o FNS Comments for Colorado (5.21.25) |
| GOV000503-GOV000505 | o FOR REFERENCE - Iowa HHS SNAP Waiver DRAFT Evaluation Plan |
| GOV000506-GOV000509 | o FOR REFERENCE - Indiana - Compliance Plan |
| GOV000510-GOV000511 | o FOR REFERENCE - Indiana SNAP Client Communications Plan |
| GOV000512-GOV000513 | o FOR REFERENCE - Nebraska Retailer Monitoring Plan |
| GOV000514 | o ZIP File Slipsheet - Colorado .msg files |
| **GOV000515-GOV000638** | • **Iowa Technical Assistance to States Documents** |
| GOV000516 | o Excel File Slipsheet - (REDACTED)- IA Auth Contact List 20250701 |
| GOV000517 | o Excel File Slipsheet - (REDACTED)- IA Auth Contact List 20250714 |
| GOV000518 | o Excel File Slipsheet - (REDACTED)- IA Auth Contact List 20260112 |
| GOV000519 | o Excel File Slipsheet - (REDACTED)- Iowa Auth Store and Email List (6.17.25) |
| GOV000520 | o Excel File Slipsheet - (REDACTED)- Retailer Self-Attestation Responses 10.31.25 |
| GOV000521-GOV000524 | o Altarum COACPVH25002 Amendment 5 |
| GOV000525-GOV000526 | o Consumer Education Communication Plan 2025 Iowa |
| GOV000527-GOV000529 | o DRAFT SNAP Choice Pilot Update Form |
| GOV000530 | o EBT Retailer Investigations- Outline_April 2025 |
| GOV000531-GOV000532 | o E-Commerce - Statement of Understanding - FNS Review |
| GOV000533 | o Final NOD Language |
| GOV000534-GOV000535 | o FNS Comments Consumer Education Communication Plan 2025 Iowa |
| GOV000536-GOV000538 | o FNS Comments Iowa HHS SNAP Waiver DRAFT Evaluation Plan 4.21.2025 |

| | |
|---|---|
| ***Aragon, et al. v. Rollins, et al.***<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** | |
| **BATES#** | **DESCRIPTION** |
| GOV000539-GOV000541 | o FNS Comments Iowa HHS SNAP Waiver DRAFT Evaluation Plan HHS response 04 23 2025 |
| GOV000542-GOV000565 | o FNS comments Iowa SNAP Waiver Compliance Webinar - Dec 12 (FNS) |
| GOV000566-GOV000571 | o FNS Comments Iowa SNAP Waiver Compliance Webinar (12.11.25) |
| GOV000572-GOV000575 | o FNS Comments Retailer Education Communication Plan 2025 Iowa |
| GOV00576-GOV000577 | o FNS Comments SNAP Iowa Healthy Food Waiver Compliance Plan Draft 4.21.25 |
| GOV000578-GOV000579 | o FNS Comments SNAP Waiver Iowa Consumer Education Communication Plan 4.21.25 |
| GOV000580-GOV000582 | o FNS Comments SNAP Waiver Iowa Consumer Education Communication Plan HHS response |
| GOV000583-GOV000584 | o FNS Comments SNAP Waiver Iowa Retailer Education Communication Plan 4.21.25 |
| GOV000585-GOV000587 | o FNS Comments SNAP Waiver Iowa Retailer Education Communication Plan HHS response |
| GOV000588-GOV000589 | o IA (Current) SNAP Waiver Retailer and Household Comms |
| GOV000590-GOV000592 | o IA Response SNAP Healthy Choice FNS Comments (4.9.25) |
| GOV000593-GOV000595 | o IA SNAP Healthy Choice Draft FNS Comments (1) |
| GOV000596-GOV000599 | o IA SNAP Healthy Choice Draft FNS Comments |
| GOV000600 | o IA Updated SNAP Waiver Comms Timeline (8.8.25) |
| GOV000601-GOV000603 | o Iowa HHS SNAP Waiver DRAFT Evaluation Plan 12.16.25 |
| GOV000604-GOV000606 | o Iowa HHS SNAP Waiver DRAFT Evaluation Plan |
| GOV000607-GOV000631 | o Iowa SNAP Waiver Compliance Webinar - FNS Review |
| GOV000632 | o Iowa STARS auth internet retailers pull (09.04.25) |
| GOV000633-GOV000634 | o Retailer Education Communication Plan 2025 Iowa |
| GOV000635 | o SNAP Healthy Food Waiver Compliance Plan Draft 12.16.25 |
| GOV000636-GOV000637 | o SNAP Healthy Food Waiver Compliance Plan Draft HHS response |
| GOV000638 | o ZIP File Slipsheet - Iowa .msg files |

| | |
|---|---|
| *Aragon, et al. v. Rollins, et al.*<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** | |
| **BATES#** | **DESCRIPTION** |
| **GOV000639-GOV000693** | • **Nebraska Technical Assistance to States Documents** |
| GOV000640 | o  Excel File Slipsheet - (REDACTED)- NE Auth Contact List 20260224 |
| GOV000641 | o  Excel File Slipsheet - (REDACTED)- NE Auth Retailers Contact List 2025_11_07 |
| GOV000642 | o  Excel File Slipsheet - (REDACTED)- RDRS-1906 NE Auth Retailer Contact Info |
| GOV000643 | o  Excel File Slipsheet – Nebraska STARS Auth Stores Pull (4.15.25) |
| GOV000644 | o  Amazon Retailer Compliance Attestation Form |
| GOV000645-GOV000649 | o  FNS Comments for Nebraska |
| GOV000650-GOV000652 | o  Healthy SNAP Communications Plan - Participants |
| GOV000653-GOV000655 | o  Healthy SNAP Communications Plan - Participants-FNS Comments (1) |
| GOV000656-GOV000658 | o  Healthy SNAP Communications Plan - Participants-FNS Comments |
| GOV000659-GOV000661 | o  Healthy SNAP Communications Plan - Participants-Updates 9.2.25 |
| GOV000662-GOV000664 | o  Healthy SNAP Communications Plan - Participants-Updates 11.2025 |
| GOV000665-GOV000666 | o  Healthy SNAP Communications Plan - Retailers |
| GOV000667-GOV000669 | o  Healthy SNAP Communications Plan - Retailers-FNS comments (1) |
| GOV000670-GOV000671 | o  Healthy SNAP Communications Plan - Retailers-FNS comments |
| GOV000672-GOV000674 | o  Healthy SNAP Communications Plan - Retailers-Updates 11.2025 |
| GOV000675-GOV000677 | o  Healthy SNAP Retailer Monitoring Plan 11.2025 |
| GOV000678-GOV000679 | o  Product Matrix |
| GOV000680 | o  Retailer Compliance Attestation Form |
| GOV000680 | o  Retailer Implementation Form |
| GOV000382 | o  SNAP Retailer Food Restriction Waiver Compliance-Nebraska |
| GOV000683-GOV000687 | o  State Food Restriction Definitions Chart |
| GOV000688-GOV000692 | o  State's Responses to FNS Comments 4-22-25 |
| GOV000693 | o  ZIP File Slipsheet - Nebraska .msg files |

| BATES# | DESCRIPTION |
|---|---|
| *Aragon, et al. v. Rollins, et al.*<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** ||
| **GOV000694-GOV000716** | • **Tennessee Technical Assistance to States Documents** |
| GOV000695 | ○ Excel File Slipsheet - (REDACTED)- TN Internet Retailer Pull (12.15.25) |
| GOV000696-GOV000700 | ○ FNS Comments for Tennessee |
| GOV000701-GOV000705 | ○ FNS Comments for TN.answers |
| GOV000706-GOV000710 | ○ Healthy SNAP Communication Draft Plan 3.5.26 |
| GOV000711-GOV000715 | ○ Healthy SNAP Communication Draft Plan 3.5.26-FNS Comments |
| GOV000716 | ○ ZIP File Slipsheet - Tennessee .msg files |
| **GOV000717-GOV000787** | • **West Virginia Technical Assistance to States Documents** |
| GOV000718 | ○ Excel Slipsheet - (REDACTED)- RDRS-2214 WV Auth Retailer Contact List |
| GOV000719 | ○ Excel Slipsheet - (REDACTED)- WV Internet Retailer Pull (10.28.25) |
| GOV000720-GOV000722 | ○ 5-20-25 Notes |
| GOV000723-GOV000736 | ○ Baseline and Year 1_FNS SNAP Food Restrictions Reporting Template |
| GOV000737-GOV000739 | ○ Demonstration Request Template_Novel |
| GOV000740-GOV000743 | ○ FNS Comments for West Virginia_05.29.2025 |
| GOV000744-GOV000745 | ○ FOR REFERENCE - Colorado SNAP Healthy Choice Waiver Evaluation |
| GOV000746 | ○ FOR REFERENCE - Iowa EBT Retailer Investigations - Outline |
| GOV000747 | ○ FOR REFERENCE - Iowa HHS SNAP Waiver DRAFT Evaluation Plan |
| GOV000750-GOV000753 | ○ FOR REFERENCE - Indiana Compliance Plan |
| GOV000754-GOV000756 | ○ FOR REFERENCE - Indiana Retailer Communications Plan__ |
| GOV000757-GOV000758 | ○ FOR REFERENCE - Indiana SNAP Client Communications Plan__ |
| GOV000759-GOV000760 | ○ FOR REFERENCE - Nebraska Retailer Monitoring Plan |
| GOV000761 | ○ SNAP Retailer Food Restriction Waiver Compliance WV |
| GOV000762-GOV000765 | ○ WV SNAP Healthy Choices Waiver - Client Comms Plan 11.2025 |
| GOV000766-GOV000768 | ○ WV SNAP Healthy Choices Waiver - Evaluation Plan 11.2025 |

| BATES# | DESCRIPTION |
|---|---|
| *Aragon, et al. v. Rollins, et al.*<br>**1:26-cv-00861**<br>**Certified Index to the Administrative Record** | |
| GOV000769-GOV000771 | o   WV SNAP Healthy Choices Waiver - Monitoring Plan 11.2025 |
| GOV000772-GOV000774 | o   WV SNAP Healthy Waiver - Retailer Communication Plan 11.2025 |
| GOV000775-GOV000786 | o   Year 2_FNS SNAP Food Restrictions Reporting Template |
| GOV000787 | o   ZIP File Slipsheet - West Virginia .msg files |