# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIEVES ARAGON, *et al.*,<br><br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al*.<br><br><br>Defendants. | 1:26-cv-00861-ABJ |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Shiela Corley, Chief of Staff to the Deputy Under Secretary for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"), hereby certify that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents pertaining to USDA's decision to approve food restriction waivers for States including Colorado, Iowa, Nebraska, Tennessee, and West Virginia.

SHIELA CORLEY

Digitally signed by
SHIELA CORLEY
Date: 2026.04.03
10:55:12 -04'00'

Shiela Corley
Chief of Staff to the Deputy Under Secretary
Food, Nutrition, and Consumer Services
United States Department of Agriculture