**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NIEVES ARAGON, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 1:26-cv-00861-ABJ |
| BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*, | |
| *Defendants*. | |

**[Proposed] Order Granting The Foundation for Government Accountability's**
**Motion for Leave to File an Amicus Brief in Support of**
**Defendants' Cross-Motion for Summary Judgment**

It is hereby ORDERED that The Foundation for Government Accountability's motion for

leave to file an amicus brief in support of Defendants' cross-motion for summary judgment, ECF

No. 18, is GRANTED.

DATE: _____

_____
**Amy Berman Jackson**
United States District Judge