**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NIEVES ARAGON, MARC CRAIG, NATHAN FLEMING, AMANDA JOHNSON, and SARAH STARKS a/k/a HUNTER STARKS<br><br>Plaintiffs,<br><br>*-against-*<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, and<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>Defendants. | Case No. 1:26-cv-00861-ABJ |

**Declaration of Meegan Hollywood, Esq.**

I, Meegan Hollywood, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the law firm Shinder Cantor Lerner LLP, and counsel for the Plaintiffs in the above-captioned matter. I am admitted to practice in the United States District Court for the District of Columbia.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment and Plaintiffs' Reply to Motion for Summary Judgment.

3. Attached hereto are true and correct copies of the following documents cited in Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment and Plaintiffs' Reply to Motion for Summary Judgment.

4. Attached as <u>Exhibit 1</u> is Minnesota's Food Restriction Waiver Denial Letter from Defendants dated May 4, 2004. This document was downloaded from www.scribd.com at my direction on April 14, 2026.

1

5. Attached as <u>Exhibit 2</u> is New York City's Food Restriction Waiver Denial Letter from Defendants dated August 19, 2011. As of the date of this filing this document can be accessed at https://www.agri-pulse.com/ext/resources/pdfs/SNAP-Waiver-Request-Decision-%281%29.pdf.

6. Attached as <u>Exhibit 3</u> is Iowa's Food Restriction Waiver Denial Letter from Defendants dated July 12, 2024. This document was downloaded from https://aglaw.psu.edu at my direction on April 14, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: April 15, 2026
New York, New York                                    Respectfully submitted,

                                                      _/s/ *Meegan F. Hollywood*_____
                                                      Meegan F. Hollywood (NY0206)