## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, I caused the foregoing Plaintiffs' Reply in Support of Their Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment and accompanying documents to be filed with the Clerk of the Court and all counsel of record using the CM/ECF system.

/s/ Meegan Hollywood
Meegan Hollywood