## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| NIEVES ARAGON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-0861 (ABJ) |
| | ) | |
| BROOKE ROLLINS, | ) | |
| *in her official capacity as* | ) | |
| *Secretary of Agriculture*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 56 and 58 and for the reasons stated in the accompanying memorandum opinion [Dkt. # 36], it is hereby **ORDERED** that plaintiffs' motion for summary judgment [Dkt. # 9] is **GRANTED**.  Judgment is entered in favor of plaintiffs on Counts One and Three, and the Court declined to reach Count Two.  Defendants' cross-motion for summary judgment [Dkt. # 18] is **DENIED**.

The Secretary and USDA's approval of the Colorado, Iowa, Nebraska, Tennessee, and West Virginia pilot projects, *see* A.R. 15–24, 31–48, 54–61, 69–76, and 92–99, and their December 30 memorandum regarding the notice requirement under 7 C.F.R. § 282.1(b), *see* A.R. 190–92, are hereby **VACATED** and **REMANDED**.  This means that the pilot projects in Colorado, Iowa, Nebraska, Tennessee, and West Virginia may not proceed.

This is a final, appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE:  June 22, 2026