**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NIEVES ARAGON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00861-ABJ |

**JOINT STATUS REPORT**

Pursuant to the Court's July 29, 2026 minute order, the parties respectfully submit this joint status report.

1. On August 20, 2026, Defendants Brooke Rollins, in her official capacity as Secretary of Agriculture, and United States Department of Agriculture filed a Notice of Appeal to the DC Circuit Court (ECF No. 42) as to the Court's Order on Motion for Summary Judgment (ECF No. 37).
2. Because of this Notice of Appeal, Defendants and Plaintiffs Nieves Aragon; Marc Craig; Nathan Fleming; Amanda Johnson; and Hunter Starks (collectively, "the Parties") jointly stipulate to hold Plaintiffs' Motion for Attorneys' Fees and Expenses (ECF No. 39) in abeyance pending the resolution of the DC Circuit Court appeal.
3. This stipulation is not, and shall not be construed as, a waiver of any argument, right, or entitlement asserted in Plaintiffs' pending motion, nor an admission that the motion is untimely, premature, or improperly before the Court. Moreover, Plaintiffs reserve the right to supplement the pending motion, or file a subsequent motion, to include fees

and expenses reasonably incurred after the filing of ECF No. 39 and ECF No. 42, including any incurred in connection with the appeal.

Date: August 24, 2026

Respectfully submitted,

*/s Katharine Deabler-Meadows*____
Katharine Deabler-Meadows (*pro hac vice*)
Ciara Malone (*pro hac vice*)
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
deabler@nclej.org
malone@nclej.org

Meegan F. Hollywood (NY0206)
Jeffrey I. Shinder (*pro hac vice*)
Ellison A. Snider (*pro hac vice*)
Shinder Cantor Lerner LLP
14 Pennsylvania Plaza, 19th Floor
New York, NY 10122
(646) 960-8601
meegan@scl-llp.com
jeffrey@scl-llp.com
esnider@scl-llp.com

Lindsay R. Maher (*pro hac vice*)
Shinder Cantor Lerner LLP
600 14th St. NW, 5th Floor
Washington, D.C. 20005
lmaher@scl-llp.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

NOAH T. KATZEN
Assistant Branch Director

Civil Division, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
(D.C. Bar No. 90030102)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 353-5525
Eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*